# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Josmer Jose Sosa Rojas,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-01822-PHX-KML (JZB)

**ORDER**

Petitioner challenged his present immigration detention, arguing he was released on parole and redetained without any due process. (Doc. 1.) The court directed respondents to show cause why the petition should not be granted. (Doc. 5.) Respondents' response stated

> Undersigned counsel has been unable to confirm whether Petitioner's parole was properly revoked pursuant to the relevant immigration regulations when he was taken into immigration custody on January 19, 2026. Accordingly, Respondent's do not oppose Petitioner's release from custody.

(Doc. 8.) The court accepts this concession as non-opposition to granting petitioner's habeas corpus petition as to his procedural due process claim.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody under the same conditions that existed before his redetention.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within two business days of petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 30th day of March, 2026.

Honorable Krissa M. Lanham
United States District Judge